UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-114(01) RM |
| | ) | |
| RAFAEL C. GARCILAZO | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 5, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 19], ACCEPTS defendant Rafael Garcilazo's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   November 23, 2010

/s/ Robert L. Miller, Jr.
Judge, United States District Court